**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

        Plaintiff,

                              Case Number: 06-13178

Vs                                   Honorable: Sean F. Cox

                              Case Number: C-73914

MAURICE COLEMAN,

        Defendant,

_____

**ORDER PERMITTING SERVICE OF PROCESS BY SUBSTITUTED MEANS**

_____

The plaintiff has filed a petition for an order permitting substituted service of process and an affidavit by a process server reciting the unsuccessful attempts at service of the summons and compliant. The court finds that service of process cannot reasonably be made in a manner set forth under Michigan law, and that the substitute means requested reasonably are calculated to give the defendant actual notice of the proceedings and an opportunity to be heard. *See* Fed. R. Civ. P. 4(e)(1); Mich. Ct. R. 2.105(I)(1).

Accordingly, it is ORDERED that the plaintiff's petition for order permitting substitute service of process [dkt # 2] is GRANTED.

It is ORDERED that the plaintiff may serve the defendant, MAURICE COLEMAN, with the summons and a copy of the complaint by:

(A) Posting a copy thereof, along with a copy of this petition and order for substituted service of process, at the defendant's residence at 13540 McDougall Street, Detroit, MI 48212;

(B) Mailing a copy of the same by certified mail (return receipt requested) to the defendant's residence noted above; and

(C) Mailing a copy of the same by first class mail to the defendant's residence noted above

The plaintiff shall file a certificate confirming service as provided herein.

Dated: September 20, 2006            S/ Sean F. Cox
                                     U. S. DISTRICT JUDGE


Copies to:  Counsel of record